JOSEPH NEMEROV, Appellant, v. UNITED SHIPYARDS, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ADAMS & Co. REAL ESTATE, INC., Respondent, v. WESTCHESTER COUNTY SAVINGS BANK and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MARCELLA JOHNSON, Appellant, v. ERNESTINE S. ALKER and Others, Respondents, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EMILY FRAZIER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ARTHUR E. PIKE, Appellant, v. IRVING TRUST COMPANY and Others, Respondents, Impleaded with Others, Defendants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

FAIGE LEAH ABRAMOWITZ, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of HERMAN EISMAN, Doing Business as WILLIE HARMON'S AUTO SCHOOL, Petitioner, for an Order to Review the Proceedings of CARROLL E. MEALEY, as Commissioner of Motor Vehicles, Respondent, Pursuant to Article 78 of the Civil Practice Act of the State of New York.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL B. TEITELL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Last Will and Testament of ALWIN J. SCHEUER, Deceased, Respondent, v. CORNELIUS J. MICHAELSEN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

MAKAROFF & Co., INC., Respondent, v. WALTER V. BOUQUET and Others, Defendants, Impleaded with EDWARD THORNTON INGLE and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ANGELO NACIONALES, Respondent, v. JOHN J. FELIN AND CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.